AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMANDA JONES,<br>    Plaintiff,<br><br>v.<br><br>COREY HOUSTON, in his individual and official capacity as Deputy Sheriff of Jones County, JOHN E. HALL, in his individual and official capacity as Sheriff of Jones County, JONES COUNTY SHERIFF'S DEPARTMENT, and JONES COUNTY, a body politic and corporate, and OHIO CASUALTY INSURANCE COMPANY,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:08-CV-121-F** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that pursuant to the court's order dated September 28, 2010, the 1983 claim against Defendant Hall in his individual and official capacity and the 1983 claim against Defendant Houston in his official capacity are DISMISSED. The claim for negligent supervision against Defendant Hall in his individual capacity is DISMISSED. The defendants' Motion for Summary Judgment as to the affirmative defense of sovereign immunity is ALLOWED in part. Defendants are immune from suit with regard to the claims asserted against them in their official capacity to the extent the alleged liability exceeds the amount recoverable under the statutory bond purchased by Sheriff Hall.

    FURTHERMORE, that pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this action is DISMISSED for failure to prosecute. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 18, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Amanda Jones (via regular mail to 5642 Highway 41, West, Trenton, NC 28585; 2674 Highway 29 South, Lot 20, Moreland, GA 30259; 7 Watson Drive Apartment B, Newnan, GA 30263; 329 W. Jones Street, Trenton, NC 28585)
Aileen Wu Viorel (via CM/ECF Notice of Electronic Filing)
Gary K. Shipman (via CM/ECF Notice of Electronic Filing)
James T. Moore (via CM/ECF Notice of Electronic Filing)
Matthew W. Buckmiller (via CM/ECF Notice of Electronic Filing)
Christopher J. Geis (via CM/ECF Notice of Electronic Filing)

Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)
James P. Morgan, Jr. (via CM/ECF Notice of Electronic Filing)

<u>January 18, 2011</u>  DENNIS P. IAVARONE
Date  Clerk of Court
 <u>/s/ Susan K. Edwards          </u>
*Wilmington, North Carolina*  *(By) Deputy Clerk*